# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 09-cv-01261-CMA-CBS

JERRY MCCAW, individually and as representative plaintiff's on behalf of persons similarly situate,
LORA MCCAW, individually and as representative plaintiff's on behalf of persons similarly situated,
ROBERT WITT, individually and as representative plaintiff's on behalf of persons similarly situated, and
PAULA WITT, individually and as representative plaintiff's on behalf of persons similarly situated,

    Plaintiffs,

v.

RUSSELL GEORGE, Director of the Colorado Department of Transportation,

    Defendant.

## ORDER GRANTING JOINT MOTION TO STAY

This matter is before the Court on the Joint Motion of the Parties to Stay Proceedings (Doc. # 5).  The Court having reviewed the motion and good cause being shown, IT IS HEREBY ORDERED that:

    1.    All further proceedings in this action are STAYED until such time as the Colorado Supreme Court either accepts or denies *certiorari* on the Petition for Writ of Certiorari in *Department of Transportation, State of Colorado v. Gypsum Ranch, LLC, et al.*, Colorado Supreme Court Case No. 09 CA 399 filed May 29, 2009, and if the Court accepts Certiorari, until a decision is rendered in that matter;

2. Until such time as the stay of this matter is lifted, the parties shall file a joint status report every three months, beginning August 13, 2009.

DATED: July  13 , 2009

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge